ORIGINAL

Approved by: _____
                KUNGA P. DRONGCHEWA
                Special Assistant United States Attorney

Before:     THE HONORABLE KIM P. BERG
            United States Magistrate Judge
            Southern District of New York

- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                    :      MISDEMEANOR
                                                   COMPLAINT
                                            :

                                            :      Violation of
            -v-                                    18 U.S.C § 113 (a)(5)
                                            :
                                                   **25MJ3825(KPB)**
        PATRICK ROUZIER                     :

                                            :      COUNTY OF OFFENSE:
            Defendant                              DUTCHESS
                                            :

- - - - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss:

    RALPH FACCHIANO, being duly sworn, deposes and says
that he is a Police Officer, assigned to the Department of
Veterans Affairs Police Service, Castle Point Veterans
Administration Hospital, Wappingers Falls, New York, which
is located in the Southern District of New York, and
charges as follows:


                        COUNT ONE

    On or about September 30, 2025, at the Castle Point
Veterans Affairs (VA) Hospital, Wappingers Falls, New
York, New York, in the Southern District of New York,
PATRICK ROUZIER, the defendant, unlawfully, knowingly, and
willfully assaulted another, to-wit, the defendant grabbed
the victim's buttocks.

            (Title 18 U.S.C Section 113 (a)(5))


    The bases for the deponent's knowledge and the
foregoing charges are, in part, as follows:

1.    I am a Police Officer assigned to the Department of Veterans Affairs Police Service, Castle Point Veterans Administration Hospital, Wappingers Falls, New York, which is located in the Southern District of New York.

2.    Upon information and belief, on or about September 30, 2025, the defendant was visiting the Castle Point Veterans Affairs Hospital at Wappingers Falls, New York. While the defendant was getting his vitals checked, he grabbed the buttocks of a nurse who is a VA employee.

3.    Officer Ralph Facchiano responded to a call at primary care. When he arrived at primary care, he went directly to the teller's window and observed a man in a wheelchair and a woman standing in front of him. The woman was identified during the course of the investigation as CHRISTINE ROUZIER, the spouse of PATRICK ROUZIER. Before the officer said anything, the woman turned to him and said, "I guess you're here for me". The officer asked if the man in the wheelchair was PATRICK ROUZIER, and she said "Yes". ROUZIER asked his wife what was going on, and she replied, "You did something wrong, you touched that lady and now your being arrested, Good Job"

4.    Officer Facchiano later interviewed the victim, Rn ▌▌▌▌▌▌▌▌▌▌. The victim stated in sum and substance that at approximately 1130 hrs., veteran patient ROUZIER and his wife came in for service. While taking the patient's vitals, ROUZIER'S wife left the room to answer her phone. As RN ▌▌▌▌▌ removed the blood pressure cuff from the veteran, she turned her back to him to record his vitals, and he grabbed her left buttock. She told him, "Don't do that, don't do that!" I'm going to tell your wife", ROUZIER said, "Don't tell my wife". As she recorded his vitals, ROUZIER asked her if she was married twice, but she ignored him. Then he said if she was, her husband is a lucky man, at that point she wheeled him out of the room and told his wife what had happened.

5.    Officer Facchiano also interviewed Mr. ~~ROUSIZER~~ ROUZIER [sic], who stated that he didn't know what happened in the room with RN ▌▌▌▌▌▌, but remembered saying to her "BOOTY JUICE" and joking with her. When asked if he grabbed her butt, he states he did not remember grabbing her butt but did remember asking her if she was married and stated that her husband was a lucky man.

6.    The defendant was issued a United States District Court Violation Notice for assault (DCVN Number

9044816/SY53).

**WHEREFORE,** deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

RALPH FACCHIANO
VA Police Service

Sworn to before me this
5th day of December 2025

HONORABLE KIM P. BERG
United States Magistrate Judge
Southern District of New York