UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
UNITED STATES OF AMERICA,

              Plaintiff,

-against-

Patrick Rouzier

           Defendant.
---------------------------------------------------------

Case No: 25 MJ 3825

**ORDER OF DISMISSAL**

    Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED,

_____
Hon. Kim P. Berg
United States Magistrate Judge

Dated: _8th_ day of _May_ , 2025
Poughkeepsie, New York